KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
HKING@KHPSLAW.COM
MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
MCAVE@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>XX GLOBAL, INC., JAQUES WEBSTER, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-03192 JFW (MRWx)<br><br>**JOINT REPORT RE: RESULTS OF MEDIATION** |
| XX GLOBAL, INC. and JACQUES WEBSTER,<br><br>　　　　Counterclaimants,<br><br>　　vs.<br><br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>　　　　Counterclaim Defendants. | Action Commenced:　March 20, 2018<br>Trial Date:　　　　　April 9, 2019 |

3975.065/1400076.1

**TO THE COURT:**

Plaintiffs and Counterclaim Defendants PJAM LLC, Jefferson Agar, Alex Martini, and Patrick Johnston ("Plaintiffs"), and Defendants and Counterclaimants XX Global, Inc. and Jacques Webster ("Defendants," and together with Plaintiffs, the "Parties"), submit the following Joint Report Re: Results of Mediation.

On January 17, 2019, the Parties held a mediation before the Honorable Stephen E. Haberfeld (Ret.) of JAMS. The Parties did not reach a settlement at the mediation. Although the Parties do not believe that a second mediation session would be productive at this time, they will continue to discuss potential settlement.

DATED: January 22, 2019     KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ Howard E. King
HOWARD E. KING
MATTHEW J. CAVE
Attorneys for Defendants and Counterclaimants

DATED: January 22, 2019     HILL FARRER & BURRILL LLP

By: /s/ Stephen J. Tomasulo
STEPHEN J. TOMASULO
Attorneys for Plaintiffs and Counter Defendants

**CM/ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby declare that all signatories listed above concur in this filing's content and have authorized the filing.

          /s/ *Matthew J. Cave*
               MATTHEW J. CAVE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, Twenty-Fifth Floor, Los Angeles, CA 90067-4506.

On January 22, 2019, I served true copies of the following document(s) described as **JOINT REPORT RE: RESULTS OF MEDIATION** on the interested parties in this action as follows:

| | |
|---|---|
| Stephen J. Tomasulo, Esq.<br>Hill Farrer & Burrill LLP<br>300 S. Grand Avenue, 37th Fl.<br>Los Angeles, CA  90071<br>Telephone:  (213) 620-0460<br>Facsimile:   (213) 624-4840<br>Email: stomasulo@hillfarrer.com | Attorneys for Plaintiffs and Counterclaim Defendants PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 22, 2019, Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron Rosenberg*
　　　　　　　　　　　　　　　　　　　　　AARON ROSENBERG

3975.065/1400076.1

PROOF OF SERVICE