KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
HKING@KHPSLAW.COM
MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
MCAVE@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>XX GLOBAL, INC., JAQUES WEBSTER, and DOES 1-20, inclusive,<br><br>            Defendants.<br><br>XX GLOBAL, INC., JACQUES WEBSTER,<br><br>            Counterclaimants,<br><br>     vs.<br><br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>            Counterclaim Defendants. | CASE NO.: 2:18-cv-03192 JFW (MRWx)<br><br>Hon. John F. Walter<br><br>**DEFENDANTS AND COUNTERCLAIMANTS XX GLOBAL, INC. AND JACQUES WEBSTER'S LIST OF NAMES AND TERMS FOR COURT REPORTER**<br><br>Pre-Trial Conf.: March 29, 2019<br>Trial Date:       April 9, 2019<br><br>Action Commenced: March 20, 2018 |

Pursuant to paragraph 6(g) of the Scheduling and Case Management Order issued by this Court on May 15, 2018, Defendants and Counterclaimants XX Global, Inc. and Jacques Webster respectfully submit this list of proper names, unusual terms and uncommon words that are likely to be used by the parties during trial.

| No. | PROPER NAME. UNUSUAL OR UNCOMMON TERM |
|---|---|
| 1. | Aim Hospitality Group |
| 2. | Agar, Jefferson |
| 3. | Alaire, Troy |
| 4. | Anoka County |
| 5. | Art of Digital |
| 6. | Bascue, Nick |
| 7. | Bernard, Cole |
| 8. | Bishop, Andy |
| 9. | Blaine Airport |
| 10. | Brown, Mike |
| 11. | Cardi B |
| 12. | Carey, Jaclyn |
| 13. | Cave, Matthew J. |
| 14. | Chazin, Zack |
| 15. | Chazin Entertainment |
| 16. | Cosmopolitan Hotel |
| 17. | De-icing |
| 18. | Elmes, Ashton |
| 19. | Eng, Mattias A. |
| 20. | Gillespie, Mark |

| No. | PROPER NAME. UNUSUAL OR UNCOMMON TERM |
|---|---|
| 21. | Gucci Manne |
| 22. | Hark, Jado |
| 23. | Heiligman, Alex |
| 24. | Hendry, Betsy |
| 25. | Hill, Farrer & Burrill, LLP |
| 26. | Holman Field |
| 27. | Howard, Conah (a/k/a "Coon") |
| 28. | Jefferson Effect, LLC |
| 29. | Johnston, Patrick |
| 30. | Johnston, Thomas |
| 31. | Julian, Michael |
| 32. | Kess, Manny |
| 33. | King, Howard E. |
| 34. | King, Holmes, Paterno & Soriano, LLP |
| 35. | Lear Jet (a/k/a "Lear60") |
| 36. | Leong, Nathan |
| 37. | Lewis, Cara |
| 38. | Lockett, Brett |
| 39. | M2 Aviation Group |
| 40. | M2 Jets |
| 41. | Malamud, Moshe |
| 42. | Manto, Emiliano |
| 43. | Manto, Emiliano Martini Lo (a/k/a Emiliano de Sandro and Alex Martini) |
| 44. | Martini, Alex |
| 45. | Marquee Nightclub |
| 46. | Martin, Isaiah |

| No. | PROPER NAME. UNUSUAL OR UNCOMMON TERM |
|---|---|
| 47. | McCarran International Airport ("LAS") |
| 48. | M Light, LLC, dba "Myth Live" |
| 49. | Myth Live Nightclub |
| 50. | Norton, Michael E. |
| 51. | Norton & Associates, LLC |
| 52. | Ogren, Michael |
| 53. | Park, Kelly |
| 54. | PAX List |
| 55. | PJAM LLC |
| 56. | PJAM Productions, LLC |
| 57. | Polanco, Ray |
| 58. | Richards, Dominique |
| 59. | Scott, Travis |
| 60. | Shnayderman, Anthony |
| 61. | Seidman, Zach |
| 62. | Shaked, Niv |
| 63. | Silman, Benny |
| 64. | Sloane, Karen L. |
| 65. | Soriano, Laurie L. |
| 66. | St. Cloud Regional Airport ("STC") |
| 67. | St. Paul Downtown Holman Field Airport ("STP") |
| 68. | Star Tribune |
| 69. | Stromberg, David |
| 70. | Sutera, Joey |
| 71. | Teppe, Jay |
| 72. | TMZ.Com |

| No. | PROPER NAME. UNUSUAL OR UNCOMMON TERM |
|---|---|
| 73. | Tomasulo, Stephen J. |
| 74. | Twin Cities Live ("TCL") |
| 75. | van Stockum, Dirk |
| 76. | Warg, Andy |
| 77. | Webster, Jacques (p/k/a Travis Scott) |
| 78. | XX Global, Inc. |

DATED: March 14, 2019

KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ Matthew J. Cave
      MATTHEW J. CAVE
Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER