**EXHIBIT A**



# Video: Fans demand refunds after rapper Travis Scott a no-show at Toronto club

Scott was slated to be at La Vie Complex on Richmond Street, but he failed to show up. Fans say they were duped into buying expensive tickets, expecting him to be there.

Feb 16, 2016, 7:30 PM

Advertisement

(https://www.rogersmedia.com/privacy-policy/#section17)
Rogers Media uses cookies for personalization, to customize its online advertisements, and for other purposes. Learn more or change your cookie preferences. Rogers Media supports the Digital Advertising Alliance principles. By continuing to use our service, you agree to our use of cookies.

**LOCAL**



**Video: Fans demand refunds after rapper Travis Scott a no-show at Toronto club**

(https://toronto.citynews.ca/video/2016/02/16/video-fans-demand-refunds-after-rapper-travis-scott-a-no-show-at-toronto-club/)

February 16, 2016

(https://www.rogersmedia.com/privacy-policy/#section17)
Rogers Media uses cookies for personalization, to customize its online advertisements, and for other purposes. Learn more or change your cookie preferences. Rogers Media supports the Digital Advertising Alliance principles. By continuing to use our service, you agree to our use of cookies.