**EXHIBIT B**



ON NEWSSTANDS

116    SPRING 2019 Spring Style



| MUSIC | STYLE | CULTURE | VIDEO |
|---|---|---|---|

MUSIC / HIP-HOP

# Travis Scott Cancels Two U.K. And Ireland Shows To Finish Work On New Album



*Birds In The Trap Sing Brian McKnight* delays hit Dublin and Glasgow dates

TRENDING



Berhana Chats About the Creative Process Behind his Music

By **DAVID RENSHAW**
August 22, 2016

    

SHARE  TWEET

 The 10 best new rap songs right now

 Watch Benny Blanco, Selena Gomez, J Balvin, and Tainy's "I Can't Get Enough" music video

 Ezra Koenig schools Meghan McCain on antisemitism

 Lady Gaga says she's pregnant with her new album

A photo posted by flame (@tra...
ADVERTISEMENT



Travis Scott is due to release his new album *Birds In The Trap Sing Brian McKnight* on August 26. The G.O.O.D. Music rapper is set to be in the U.K. when the much delayed album drops, with an appearance at the Reading & Leeds Festival

scheduled after a short headline tour. However, Scott has pulled out of two of the dates on the tour with news that tonight's gig in Dublin and an August 23 show Glasgow have been axed due to delays in finishing the record.



**Read Next:**
**The mayor of Houston says Travis Scott inspired him to pursue constructing a new amusement park**

"Due to his album mixes delay Travis Scott has been forced to cancel his shows in Dublin and Glasgow today and tomorrow," promoters MCD wrote on Facebook. "He was hoping to have this all finished in time to travel but unfortunately due to unforeseen circumstances it isn't. Refunds are available at point of purchase."

The FADER has reached out to Scott's rep and confirmed that his shows at London's

Shepherds Bush Empire on August 25-26 plus his appearance at Reading & Leeds Festival are going ahead as planned.

SHARE  TWEET 

HIP-HOP, TRAVIS SCOTT

MORE FROM FADER VIDEO





MUSIC / HIP-HOP

# The 10 best new rap songs right now

Featuring Tierra Whack, DaBaby, 2 Chainz, Maxo, NoCap, and more.

By BEN DANDRIDGE-LEMCO   Photographer CAROLINE TOMPKINS