# EXHIBIT C



NEWS   SINGLES   VIDEOS   EDITORIALS   MORE

# Travis Scott Cancels All Remaining Shows On U.K. Tour

August 23, 2016 | 11:01 AM
by Victoria Hernandez



*Earl Gibson III/Getty Images*

    2

**UPDATE**: Travis Scott has canceled more concerts on his tour of the U.K. and Ireland, this time in London and Leeds.

The news comes after Scott scratched his concerts in Dublin and Glasgow this week, apparently to finish up his *Birds In The Trap Sign McKnight* album, which is scheduled to drop August 26. The announcement was posted on the Facebook page of O2 Shepherds Bush Empire, the 2,000-capacity venue where Scott was scheduled to play sold-out shows on Wednesday and Thursday.

ADVERTISEMENT

CLOSE



### Web Page Blocked!

You have tried to access a web page which is in violation of your internet usage policy.

URL: https://www.facebook.com/?
href=https://www.facebook.com/o2shepherdsbushempire/posts/10154518605789489&width=500
Category: Social Networking

Scott was also scheduled to appear at the Leeds & Reading Fest on Friday, August 26. The festival announced that he wouldn't be making it, but that U.K. rapper Stormzy would be performing.

> It is with regret that @trvisXX has to cancel performances in London & Reading&Leeds Festivals. However, @Stormzy1 is joining us at #RandL16
>
> — Reading & Leeds Fest (@OfficialRandL) August 23, 2016

**(This story was originally published August 22, 2016)**

Travis Scott is in crunch time and is reportedly still finishing up *Birds in the Trap Sing McKnight*, which is scheduled to drop Friday (August 26).

In order to get everything done on time, promoter MCD said the Houston rapper canceled two shows in Europe: Monday's appearance in Dublin and Tuesday's scheduled performance in Glasgow.

"Due to his album mixes delay Travis Scott has been forced to cancel his shows in Dublin and Glasgow today and tomorrow," MCD says in a Facebook post. "He was hoping to have this all finished in time to travel but unfortunately due to unforeseen circumstances it isn't. Refunds are available at point of purchase."

Scott has already pushed back the release date of *Birds in the Trap Sing McKnight* as he had previously told fans he was going to drop the album August 5. Then, when it didn't appear that day, he said that the follow-up to *Rodeo* would be coming later in the month. In the meantime, La Flame started his .wav Beats 1 radio show and released the videos for "Pick Up The Phone" and "90210."

CLOSE

## Subscribe to DX Newsletter

Get The Most Important Stories Of The Day Straight To Your Inbox

Enter Your Email

Subscribe

## LATEST NEWS


**#ThrowbackThursdays: 2Pac Releases "Me Against The World" Album While In Prison**
18 minutes ago


**ScHoolboy Q Returns With "Numb Numb Juice" Single**
about 7 hours ago  3


**Fat Joe Would Rather DIE Than Take A Photo With Tekashi 6ix9ine**
about 12 hours ago  19


**Rich The Kid Being Sued For Posting Attorney's Phone Number On Social Media**
about 12 hours ago  4

## DX COMMUNITY

2 Readers Joined the Discussion

Join the discussion

Name

E-mail

Post Comment                                                                CLOSE

Order Comments By   ⓘ **Latest**  |  ♨ Fire

**Babyariel**
August 24, 2016 | 9:38 AM

So annoying

♨ 1    ↩ Reply

**1 hunna**
August 24, 2016 | 3:01 AM

Travis lying he delaying the album coz of the Frank Ocean wave, Tory lanes should've known better

♨    ↩ Reply



Copyright © 2019 HipHopDX

All Rights Reserved

View on Mobile

Subscribe

CLOSE