**EXHIBIT D**

Fans furious as rap star Travis Scott cancels Auckland show - NZ Herald
Case 2:18-cv-03192-JFW-MRW Document 39-4 Filed 03/14/19 Page 2 of 4 Page ID #:409
Page 1 of 3



ENTERTAINMENT

# Fans furious as rap star Travis Scott cancels Auckland show

3 Oct, 2016 3:45pm

Quick Read

Rapper Travis Scott will no longer be performing in New Zealand this week.

NZ Herald

---

Travis Scott has added his name to the ever-growing list of rappers and musicians who have cancelled their New Zealand shows at the last minute.

The music star - known for his songs *Antidote* and *Pick Up The Phone* - was set to perform to a sellout crowd at Auckland's Powerstation tomorrow night, but has been forced to return to America, due to an "unforeseen commitment".

Fans of Scott shared their annoyance at the news on social media:

> Travis Scott cancelled his New Zealand show and now everyone hates him
> — EMWA (@1emwa) October 3, 2016

> wow travis scott had to cancel his show here if i had actually ended up gettin tickets i would be cryin rn
> — samsus (@dicaprheeo) October 3, 2016

"What's harder, getting the PM to agree to do anything, or getting rappers not to cancel their shows?" Twitter user @strewnryan joked.

Refunds will be available for all ticket-holders.

Last month, UK rapper Skepta cancelled all his upcoming New Zealand shows, just days before he was due to perform in Auckland, Christchurch and Dunedin.

Other rappers to cancel NZ appearances in the last year alone include Chris Brown, The Game and Vic Mensa.

Case 2:18-cv-03192-JFW-MRW   Document 39-4   Filed 03/14/19   Page 4 of 4   Page ID #:411

## Related articles:

**LIFESTYLE**
**William and Kate's bizarre home video**

3 Oct, 2016 4:00pm
2 minutes to read

**Netflix hikes prices following GST change**

3 Oct, 2016 11:07am
2 minutes to read

**ENTERTAINMENT**
**What the? Cowell's wardrobe mishap**

3 Oct, 2016 5:30pm
Quick Read

**ENTERTAINMENT**
**Ellie Goulding wows Kiwi crowd**

3 Oct, 2016 10:00am
3 minutes to read

## Herald recommends


**Audrey Young: Just when Simon Bridges had turned a corner, along comes...**


**Auckland police investigating serious assault after elderly man attack...**


**'It's much bigger than just Michael Jackson': Oprah's After Neverland ...**

Create an account to gain access to more nzherald.co.nz features