**EXHIBIT E**

POSTPONED: Travis Scott | Amalie Arena                                                                                    Page 1 of 3
Case 2:18-cv-03192-JFW-MRW   Document 39-5   Filed 03/14/19   Page 2 of 4   Page ID #:413
[Skip to Content] (#content)

## POSTPONED: Travis Scott
## ASTROWORLD: WISH YOU WERE HERE TOUR

 5

# Event Information

**DATE**
Nov 12, 2018

Due to technical production issues, tonight's sold out show in Tampa along with upcoming shows in Hartford (Nov 30), Cleveland (Dec 4) and Milwaukee (Dec 7) of Travis Scott's ASTROWORLD: WISH YOU WERE HERE tour are being postponed to a later date.

**EVENT STARTS**
TBA

Rescheduled dates for each of the four affected markets will be announced shortly as part of Leg 2 of the ASTROWORLD: WISH YOU WERE HERE tour.

All tickets for the original date are valid for the rescheduled date – no exchanges needed. If a guest cannot attend the rescheduled date, refunds are available at point of purchase.

Read Less

One month until 2CELLOS has Tampa
THUNDERSTRUCK 🎸 📺 https://bit.ly/2xGgXXZ
https://youtu.be/uT3SBzmDxGk?t=90
18 hours ago|Read More
(https://youtu.be/uT3SBzmDxGk?t=90)



Less than a month until we Rock and Roll All Nite with
KISS 😊 Not many tickets are left in Tampa, grab them
while you can! 🎫 https://bit.ly/2yHNT2X
2 days ago|Read More
(https://www.facebook.com/events/306751256812783/)
JUST ANNOUNCED: Luis Miguel's TOUR 2019 is
coming to Tampa's Amalie Arena on June 25, 2019!
Tickets go on sale this Friday at 10am. Learn more at
https://bit.ly/2STQqy8
3 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.100603536680/10155880795861681/?type=3)
TONIGHT #DETvsTBL 🚗 Parking:
https://atnhl.com/2qCEoNO 🚧 Road Closures:
https://bit.ly/2FgBs2W 📍 Directions:
https://www.waze.com/livemap Please plan your arrival
and parking...
5 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.100603536680/10155877176396681/?type=3)
Blake Shelton rocks the stage in front of a packed
Tampa crowd! 🎤 Photo/Scott Audette
6 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.10151920573986681/10155876387986681/?type=3)
Tonight Blake Shelton performs here in Tampa on his
Friends & Heroes Tour 🎤 🎫 A limited amount of
tickets are left https://bit.ly/2AOnf9Z 🚗The best route
& parking spot for you...
6 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.100603536680/10155875326351681/?type=3)
TONIGHT #MINvsTBL 🚗 Parking:
https://atnhl.com/2qCEoNO 🚧 Road Closures:
https://bit.ly/2FgBs2W 📍 Directions:
https://www.waze.com/livemap Please plan your arrival
and parking...
7 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.100603536680/10155873501811681/?type=3)
Blake Shelton and his friends will be here this Friday!
🎤 Tickets are available at https://bit.ly/2AOnf9Z The
Concert Club in Lexus Lounge is open for this event -
Learn more 👀 ...
8 days ago|Read More
(https://www.facebook.com/amaliearena/videos/2229005284019114/)
TONIGHT #WPGvsTBL 🚗 Parking:
https://atnhl.com/2qCEoNO 🚧 Road Closures:
https://bit.ly/2FgBs2W 📍 Directions:
https://www.waze.com/livemap Please plan your arrival
and parking...
9 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.100603536680/10155869742851681/?type=3)
P!NK performs at Tampa's Amalie Arena on Sunday,
March 3, 2019! Photo Credit/Scott Audette

11 days ago|Read More
(https://www.facebook.com/amaliearena/photos/a.10155866720001681/10155866720086681/?type=3)
▶
▶
(https://www.instagram.com/p/Bu-CASIHj3B/)
(https://www.instagram.com/p/Bu601NWHARx/)
(https://www.instagram.com/p/BuxRWcVHZFN/)
(https://www.instagram.com/p/ButfXysngeJ/)
(https://www.instagram.com/p/BurmgQtHLZC/)
(https://www.instagram.com/p/BukcoHMnB4J/)
(https://www.instagram.com/p/BukHhQ4H92b/)
(https://www.instagram.com/p/BuZGCBZny9H/)
(https://www.instagram.com/p/BuT4HgYnHKT/)
(https://www.instagram.com/p/BuKQtSEna_R/)
(https://www.instagram.com/p/BuHA7FhnGqE/)
(https://www.instagram.com/p/BuEf95wnRIY/)
(https://www.instagram.com/p/BuBwXwCnFSn/)
(https://www.instagram.com/p/Bt3l_vgH-eD/)
(https://www.instagram.com/p/Bt05OG6Hg1B/)
(https://www.instagram.com/p/Btn-jNVn0_E/)
(https://www.instagram.com/p/Btlfbu3H5VW/)
(https://www.instagram.com/p/BtgPljgHd6b/)
(https://www.instagram.com/p/BtWCsbzn_E_/)
(https://www.instagram.com/p/BtTXVtrn3ZS/)
▶
▶
One month until @2CELLOS
(http://twitter.com/2CELLOS) has Tampa
THUNDERSTRUCK 🎻 bit.ly/2xGgXXZ
(https://bit.ly/2xGgXXZ)p7youtu.be/uT3SBzmDxGk?
t=... (https://youtu.be/uT3SBzmDxGk?t=90)RY
18 hours ago|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena One
month until @2CELLOS has Tampa
THUNDERSTRUCK 🎻 https://t.co/Avkdy6ZGp7
https://t.co/FutHQkRgRY)|Favorite
(https://twitter.com/intent/favorite?
tweet_id=1105931764038619136)
Happy birthday, @JamesTaylor_com
(http://twitter.com/JamesTaylor_com) 📷 Photo by
Scott Audette/ 05.12.18#Tampa
(http://twitter.com/search/%23Tampa)
apic.twitter.com/GRgP0ZJR6R
(https://twitter.com/AmalieArena/status/1105541628738134016/photo/1)
R
Yesterday|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena
Happy birthday, @JamesTaylor_com 📷 Photo by Scott
Audette/ 05.12.18 #Tampa https://t.co/GRgP0ZJR6R)
|Favorite (https://twitter.com/intent/favorite?
tweet_id=1105541628738134016)
Reminder: if you have tickets from the rescheduled
show, they are still valid for the new date
🔔twitter.com/livenationfl/s...
(https://twitter.com/livenationfl/status/1105234469248741376)
m
2 days ago|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena
Reminder: if you have tickets from the rescheduled
show, they are still valid for the new date 🔔
https://t.co/yE9wPnAD6m)|Favorite
(https://twitter.com/intent/favorite?
tweet_id=1105263704558456832)
Cannot WAIT. ☀️7/27 #Tampa
(http://twitter.com/search/%23Tampa)
ptwitter.com/layla_nav/stat...
(https://twitter.com/layla_nav/status/1104136890821730305)
ia
2 days ago|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena
Cannot WAIT. ☀️7/27☀️ #Tampa
https://t.co/7hIW4Kpgia)|Favorite
(https://twitter.com/intent/favorite?
tweet_id=1105166754366537728)
JUST ANNOUNCED: Luis Miguel's TOUR 2019 is
coming to Tampa's Amalie Arena on June 25, 2019!
Tickets go on sale this... twitter.com/i/web/status/1...
(https://twitter.com/i/web/status/1105106793263452160)
3 days ago|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena JUST
ANNOUNCED: Luis Miguel's TOUR 2019 is coming to
Tampa's Amalie Arena on June 25, 2019! Tickets go
on sale this... https://t.co/n9FOjXvSuJ)|Favorite
(https://twitter.com/intent/favorite?
tweet_id=1105106793263452160)
RT @CityofTampa (http://twitter.com/CityofTampa):
Those attending @TBLightning
(http://twitter.com/TBLightning) games or other
@AmalieArena (http://twitter.com/AmalieArena) events
from March 11-28 are encouraged to use alternate
transp &...
4 days ago|Reply (http://twitter.com/home?
status=@AmalieArena)|Retweet
(http://twitter.com/home?status=RT AmalieArena RT
@CityofTampa: Those attending @TBLightning games
or other @AmalieArena events from March 11-28 are
encouraged to use alternate transp &...)|Favorite
(https://twitter.com/intent/favorite?
tweet_id=1104741451844538375)

TONIGHT #DETvsTBL (http://twitter.com/search/%23DETvsTBL) 🚗 Parking:atnhl.com/2qCEoNO (https://atnhl.com/2qCEoNO)B 🚧 Road Closuresbit.ly/2FgBs2W (https://bit.ly/2FgBs2W)3x 📍 Directionstwitter.com/i/web/status/1... (https://twitter.com/i/web/status/1104381534142980096)
FTk
5 days ago|Reply (http://twitter.com/home?status=@AmalieArena)|Retweet (http://twitter.com/home?status=RT AmalieArena TONIGHT #DETvsTBL 🚗 Parking: https://t.co/Ndkyg29EPB 🚧 Road Closures: https://t.co/nO9ys2vR3x 📍 Directions:... https://t.co/lqLMFohFTk)|Favorite (https://twitter.com/intent/favorite?tweet_id=1104381534142980096)
.@blakeshelton (http://twitter.com/blakeshelton) has taken the stage! #FriendsandHeroesTour (http://twitter.com/search/%23FriendsandHeroesTour) pic.twitter.com/pxiPV69mJ0 (https://twitter.com/AmalieArena/status/1104199504826429440/photo/1)
5 days ago|Reply (http://twitter.com/home?status=@AmalieArena)|Retweet (http://twitter.com/home?status=RT AmalieArena .@blakeshelton has taken the stage! #FriendsandHeroesTour https://t.co/pxiPV69mJ0)|Favorite (https://twitter.com/intent/favorite?tweet_id=1104199504826429440)
RT @JayCridlin (http://twitter.com/JayCridlin): Opening up @blakeshelton (http://twitter.com/blakeshelton)'s star-studded concert tonight at Tampa's @AmalieArena (http://twitter.com/AmalieArena), it's @Lauren_Alaina (http://twitter.com/Lauren_Alaina)! #laurenalaina (http://twitter.com/search/%23laurenalaina) https:/...
5 days ago|Reply (http://twitter.com/home?status=@AmalieArena)|Retweet (http://twitter.com/home?status=RT AmalieArena RT @JayCridlin: Opening up @blakeshelton's star-studded concert tonight at Tampa's @AmalieArena, it's @Lauren_Alaina! #laurenalaina https:/...)|Favorite (https://twitter.com/intent/favorite?tweet_id=1104178810558271488)
Tonight @blakeshelton (http://twitter.com/blakeshelton) performs here in #Tampa (http://twitter.com/search/%23Tampa) on his Friends & Heroes Tour 🎤 🎟 A limited amount of tickets are leftwitter.com/i/web/status/1... (https://twitter.com/i/web/status/1104026994491174917)
GR
6 days ago|Reply (http://twitter.com/home?status=@AmalieArena)|Retweet (http://twitter.com/home?status=RT AmalieArena Tonight @blakeshelton performs here in #Tampa on his Friends & Heroes Tour 🎤 🎟 A limited amount of tickets are lef... https://t.co/otyCBeuGGR)|Favorite (https://twitter.com/intent/favorite?tweet_id=1104026994491174917)
▶
▶