**EXHIBIT F**

http://www.oudaily.com/culture/travis-scott-cancels-tulsa-show-minutes-before-doors-open/article_780ddab8-2e69-11e9-87e6-276b78b74cc4.html

# Travis Scott cancels Tulsa show 30 minutes before doors open

Siandhara Bonnet, culture editor    Feb 11, 2019



Photo via Twitter

Travis Scott canceled his Tulsa appearance 30 minutes before showtime, according to a tweet from his account.

The rapper tweeted at 7:30 p.m. that the show was canceled due to production issues. However, the show has been rescheduled for March 26 with all tickets still valid.

Tulsa so sorry I can't perform at tonight's sold out show. We had last minute production issues and I can't give y'all an incomplete show. Rescheduled to March 26 all tix still valid. Everyone get home safe

— TRAVIS SCOTT (@trvisXX) February 12, 2019



The show was to be the seventh stop of Scott's "Astroworld — Wish You Were Here" tour.

The BOK Center also tweeted, confirming the tickets will be valid in March.

Due to technical production issues, tonight's sold out Travis Scott show in Tulsa will be moved to March 26th. All tickets purchased for tonight's show will be honored at the rescheduled show on March 26th.

— Arena of the Year (@BOKCenter) February 12, 2019



Scott's next show will be Feb. 13 at the Toyota Center in Houston.

Outside the BOK Center tonight after the sold-out Travis Scott show was cancelled hours before he was supposed to take the stage. Not a happy crowd! https://t.co/c1E2z3J1cE

— Jerry Wofford (@jerrywofford) February 12, 2019

when travis scott cancels pic.twitter.com/v6oORADYmo

— Abby Lasiter ✤🌀□✦ (@abby_lasiter) February 12, 2019

Siandhara Bonnet
Siandhara Bonnet is a journalism senior and The Daily's Culture editor.