**EXHIBIT G**

Kylie Jenner Accuses Travis Scott of Cheating, Out Without Him Thurs. Night | TMZ.com   Page 1 of 16

Case 2:18-cv-03192-JFW-MRW   Document 39-7   Filed 03/14/19   Page 2 of 6   Page ID #:421

By using this site, you agree to the Privacy Policy and Terms of Use.close



- f
- 🐦
- ▶
- 📷

Got A Tip? Email Or Call (888) 847-9869



- News
- Sports
- Videos
- Photos
- Celebs
- Tours
- Watch TMZ



R. Kelly Allegedly Coerced Joycelyn Savage to Lie About Relationship

Kylie Jenner Accuses Travis Scott of Cheating, Out Without Him Thurs. Night | TMZ.com    Page 2 of 16

Case 2:18-cv-03192-JFW-MRW   Document 39-7   Filed 03/14/19   Page 3 of 6   Page ID #:422




Lacey From 'Paper Towns' All Grown Up ... Check Out Her Sexiest Snaps!



Lori Loughlin's Daughter Olivia Leaves Yacht of USC's Board of Trustees Chairman



Dig Into Pi Day By Feasting Your Eyes On These Celebrity Pies!



Gambino Crime Boss Frank Cali Murdered In Staten Island

# Kylie Jenner Accuses Travis Scott of Cheating... Goes Out Without Him Thurs. Night

58.0k
0
4,698  3/1/2019 6:30 AM PST

# Kylie Jenner Accuses Travis Scott of Cheating, Out Without Him Thurs. Night

EXCLUSIVE

Kyiie Jenner Accuses Travis Scott of Cheating, Out Without Him Thurs. Night | TMZ.com    Page 3 of 16

Case 2:18-cv-03192-JFW-MRW   Document 39-7   Filed 03/14/19   Page 4 of 6   Page ID #:423



**UPDATES**

**6:30 AM PT** -- Before hitting up Delilah, Kylie had dinner at La Pergoletta with pals **Victoria**, **Stassi** and **Roya**. Travis was nowhere in sight.



**6:00 AM PT** -- Kylie was out Thursday night, without Travis. She hit up an L.A. restaurant and then went with friends to Delilah lounge in WeHo. Kylie got to Delilah early Friday morning at 1:38 AM and left at 2 AM. Travis, we're told, is still in L.A.





THURSDAY NIGHT TMZ.com

Travis Scott says he postponed his Astroworld concert in Buffalo Thursday night because of illness, but we're told it's more complicated than that ... because Kylie accused him of cheating and he's staying in L.A. to deal with it.

First of all, Travis' reps say the rapper absolutely denies he cheated on Kylie. But, we're told on Wednesday he flew back from the East Coast to surprise Kylie and Stormi. They were at her home in the evening, when she claimed to discover "evidence" he cheated on her. A major argument erupted and continued into Thursday.



KYLIE AND TRAVIS TOGETHER          LAUNCH GALLERY

It's been a rough few weeks for Kylie. Her best friend, Jordyn Woods, has been 86'd from her life and the life of her family after she hooked up with Tristan Thompson.