# EXHIBIT H

Menu                                                                    Subscribe
                                                                    Sign In      Search

CELEBRITY NEWS

# Travis Scott cancels Buffalo concert at last minute amid Kylie cheating rumors

Updated Mar 1, 2019;
Posted Mar 1, 2019



Travis Scott performs a medley at the 61st annual Grammy Awards on Sunday, Feb. 10, 2019, in Los Angeles. (Photo by Matt Sayles/Invision/AP)

12              0
              shares

By Geoff Herbert | gherbert@syracuse.com

Travis Scott canceled Thursday night's concert in Buffalo at the last minute amid rumors he may have cheated on girlfriend Kylie Jenner.

The KeyBank Center announced just before 5 p.m. Thursday that the "Sicko Mode" rapper would postpone his concert due to illness. The show has been rescheduled for March 10.

Fans may request refunds at the point of purchase or use their tickets for the new date.

"Buffalo I'm so sorry I can't perform tonight. I'm under the weather and it f---ing sucks! Can't pull up without full rage," Scott tweeted.

TMZ reports Jenner found "evidence" Scott was cheating on her and he flew back to L.A. to "deal with it." The alleged affair comes days after Jenner's sister Khloe Kardashian learned NBA star Tristan Thompson allegedly cheated on her with Jenner's best friend Jordyn Woods.

Scott, however, denies cheating on Jenner, the mother of his 1-year-old child Stormi.

"Travis Scott vehemently denies he cheated on Kylie. It is not true. He did not cheat," his rep told ET. "He cancelled one show tonight because he is under the weather."

Jenner has not publicly addressed the rumors. She was spotted out Thursday night with friends, TMZ reported. Scott was not with her.

> Due to illness, tonight's Travis Scott concert has been postponed until March 10th, 2019. Tickets for tonight's concert will be honored on March 10.
>
> Refunds, if required, are available at point of purchase.
>
> — KeyBank Center (@KeyBankCtr) February 28, 2019



Travis Scott - SICKO MODE (Live on SNL)

View Comments 12

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2019 Advance Media New York. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Media New York.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**