# EXHIBIT I

# Travis Scott sued for cancelling Rhythm, Wine and Brews performance

By **Casey Dolan** - January 7, 2019



Travis Scott has been slapped with a lawsuit accusing him of bailing on the Rhythm, Wine, a Brews festival and forcing organizers to cancel the entire event. The fest accuse Scott of stea over $200,000 in the lawsuit filed Friday, according to the Blast.

> According to the documents, obtained by The Blast, Scott entered into a contract to perform at the 2019 Rhythm, Win Brews Experience, held on the Empire Polo Grounds, the same place as the famous Coachella music festival.
>
> Scott was to be paid $400,000 for a 75 minute performance, which was to take place on March 2, and the rapper was g deposit of $217,500.
>
> Empire Music Ventures claim they struck the deal with Scott and the manager of his company, called The Odd Group, November 7, 2018. They claim that after the deposit was paid on December 3rd, Scott's people called and canceled t performance with no explanation.

The festival was then called off, "due to a last minute cancellation by our festival headliner."



View this post on Instagram

DUE TO A LAST MINUTE CANCELLATION BY OUR FESTIVAL HEADLINER, WE HAVE NO OTHER CHOICE THAN TO CANCEL THE 2019 RHYTHM, WINE & BREWS EXPERIENCE. THIS DECISION HAS NOT BEEN AN EASY ONE, HOWEVER, IT HAS ALWAYS BEEN THE UPMOST IMPORTANCE THAT WE DELIVER AN EXCELLENT EXPERIENCE FOR OUR FESTIVAL GUESTS. THANK YOU FOR UNDERSTANDING AND WE LOOK FORWARD TO RETURNING IN 2020 BIGGER AND BETTER THAN BEFORE.

A POST SHARED BY RHYTHM WINE & BREWS EXPERIENCE (@RWBEXP) ON DEC 3, 2018 AT...

The festival did not name the headliner at the time, but Scott was named in the lawsuit.

"Defendants have stolen Plaintiff's money," the suit claims, adding Scott and his manager "r( return the money … each of them have kept it, and wrongfully converted it to their own use. have stolen 217,500.00."

The Blast speculates a radius clause, not allowing Scott to perform within a 120-mile radius 1 days before or after RWB may have led to the cancellation, as it would not have allowed him guest performer during Coachella.

**Update:** the lawsuit has been settled.

### Casey Dolan

*https://www.cactushugs.com*

Casey would be the best angel investor if only he had money to invest. He has lived in the Coachella Valley longer than the Cabazon dinosaurs. Send him your news tips and your whiskey!

