**EXHIBIT J**

| 52% off | 52% off | 52% off | 76% off | 40% off |
|---|---|---|---|---|
| Alfred Dunner Finishing Touch Womens Crew Neck 3/4 Sleeve Knit Blouse | Alfred Dunner Finishing Touch Womens Crew Neck 3/4 Sleeve Layered Top | Alfred Dunner Grand Boulevard Womens Crew Neck 3/4 Sleeve Layered Sweaters | Alfred Dunner Scottsdale Capri - Plus | Alfred Dunner Greenwich Hills 3/4 Sleeve Round Neck Floral T-Shirt-Womens |
| $27.84 sale | $30.72 sale | $32.64 sale | $12.47 sale | $32.40 sale |
| VIEW NOW | VIEW NOW | VIEW NOW | VIEW NOW | VIEW NOW |

CLOSE

DX

NEWS    SINGLES    VIDEOS    EDITORIALS    MORE

# Travis Scott Sued For Cancelling Performance & Pocketing $217K Advance

January 7, 2019 | 3:10 PM
by Daniela Evgenivna



*Instagram/travisscott*

    7

Travis Scott is being sued by Empire Music Ventures for cancelling on a 75-minute performance after collecting the $217,500 deposit, according to documents obtained by *The Blast*. The rapper was slated to entertain the Rhythm, Wine & Brews Experience in Indio, CA on March 2, 2019 for a total payment of $400,000.

After the deal was closed in November, with the check paid out on December 3rd, Trav's team cancelled his performance on the same day with no explicit explanation, though Travis' tour schedule shows he is set to perform at Madison Square Garden in New York City on March 2nd. Allegedly, language in his contract states he could not "contract or advertise any other performance within a 120-mile radius for 90 days before or 30 days after March 2."



View this post on Instagram

LEG 2 ON SALE THURSDAY 10AM LOCAL TIME AMEX PRESALE TOMORROW FAN PRESALE WEDNESDAY

A post shared by flame (@travisscott) on Dec 17, 2018 at 4:14pm PST

Travis was likely the main attraction of the festival – after the *Astroworld* rapper's impromptu cancellation, the event's organizers found no option but to release a statement saying, "Due to a last minute cancellation by our festival headliner, we have no other choice than to cancel the 2019 Rhythm, Wine & Brews Experience."



View this post on Instagram

Due to a last minute cancellation by our festival headliner, we have no other choice than to cancel the 2019 Rhythm, Wine & Brews Experience. This decision has not been an easy one, however, it has always been the

upmost importance that we deliver an excellent experience for our festival guests. Thank you for understanding and we look forward to returning in 2020 bigger and better than before.

A post shared by Rhythm Wine & Brews Experience (@rwbexp) on Dec...

Empire Music Ventures reportedly claim in their lawsuit that Trav and his manager "refuse to return the money ... each of them have kept it, and wrongfully converted it to their own use. They have stolen 217,500.00." He is now being accused of "stealing," and facing a lawsuit for fraud and breach of contract.

## Subscribe to DX Newsletter
### Get The Most Important Stories Of The Day Straight To Your Inbox

Enter Your Email

Subscribe

Subscribe

## LATEST NEWS


**#ThrowbackThursdays: 2Pac Releases "Me Against The World" Album While In Prison**
about an hour ago  1


Alfred Dunner Finishing Touch Womens Crew Neck 3/4 Sleeve Knit Blouse
Sponsored by JCPenney


**ScHoolboy Q Returns With "Numb Numb Juice" Single**
about 8 hours ago  3

CLOSE

Fat Joe Would Rather DIE Than Take A Photo With Tekashi 6ix9ine



about 13 hours ago  💬 21

**Rich The Kid Being Sued For Posting Attorney's Phone Number On Social Media**

about 13 hours ago  💬 4

# DX COMMUNITY
7 Readers Joined the Discussion

Join the discussion

Name

E-mail

**Post Comment**

Order Comments By    ⊙ Latest  |  🔥 Fire

**Nigganatti**
January 8, 2019 | 4:49 PM

Aint that like larceny though, n how the fuck this weak ass, bird ass nigga makin loot like that? I aint even bump his shit.

🔥  ↩ Reply

**BrownJack**
January 8, 2019 | 2:58 AM

Young la flame was in dippo mode lol

🔥 1  ↩ Reply

**Wowzers288**
January 7, 2019 | 8:56 PM

This trash dude is making $400,000 a show? WooooW

🔥 10  ↩ Reply

CLOSE

https://hiphopdx.com/news/id.49842/title.travis-scott-sued-for-cancelling-performance-pocketing-217k-advance     3/14/2019

**He is garbage** *to* **Wowzers288**
January 8, 2019 | 9:17 AM

Exactly. Makes no sense.

Reply



**GuWop**
January 7, 2019 | 8:30 PM

GuCci GaNG runnin trains on Travis Scott wifey..... GuCci GaNG taking over for the 1-9.

Reply



**Bb**
January 7, 2019 | 8:19 PM

That's like paying for pussy ,and ya dick hard as fuck and the ho don't show up. Come on bruh

1   Reply

Subscribe

**Smh**
January 7, 2019 | 3:35 PM

A real smart mine on Travis's part lmao

4   Reply

  

Copyright © 2019 HipHopDX

All Rights Reserved

View on Mobile

CLOSE