KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
HKING@KHPSLAW.COM
MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
MCAVE@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>XX GLOBAL, INC., JAQUES WEBSTER, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:18-cv-03192 JFW (MRWx)<br><br>Hon. John F. Walter<br><br>**DECLARATION OF MATTHEW CAVE IN SUPPORT OF JOINT MOTION IN LIMINE NO. 2: MOTION OF DEFENDANTS AND COUNTERCLAIMANTS XX GLOBAL, INC. AND JACQUES WEBSTER TO PRECLUDE ANY REFERENCE TO TRAVIS SCOTT MISSING OTHER PERFORMANCES** |
| XX GLOBAL, INC. and JACQUES WEBSTER,<br><br>　　　　　Counterclaimants,<br><br>　　vs.<br><br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>　　　　　Counterclaim Defendants. | Hearing Date:　April 5, 2019<br>Hearing Time:　10 a.m.<br><br>Pre-Trial Conf.:　March 29, 2019<br>Trial Date:　　　April 9, 2019<br><br>Action Commenced:　March 20, 2018 |

3975.065/1418472.1
DECLARATION OF MATTHEW CAVE ISO JOINT MOTION IN LIMINE NO. 2

I, Matthew Cave, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate with King, Holmes, Paterno & Soriano, LLP, attorneys for Defendants and Counterclaimants XX Global, Inc. and Jacques Webster (together, "Defendants") in the above-entitled action. I submit this declaration in support of Joint Motion in Limine No. 2: Motion of Defendants and Counterclaimants XX Global, Inc. and Jacques Webster to Preclude Any Reference to Travis Scott Missing Other Performances. I have personal knowledge of the matters set forth below and would testify competently to them if asked.

2. Motion in Limine No. 2 seeks to preclude any reference to Mr. Webster (p/k/a Travis Scott) missing scheduled performances, for any reason, other than the event at issue in this case.

3. The subject matter of this motion has been discussed with opposing counsel, Stephen Tomasulo. Mr. Tomasulo has mentioned during meet and confers that such matter will be mentioned in the presence of the jury, specifically during his cross-examination of Mr. Webster.

4. Defendants will be prejudiced if this motion is not granted because any references to other performances that Mr. Webster has missed do not bear on any question of fact or law before the jury in this case, and therefore are irrelevant. Such references would distract the jury from the one contract at issue and the alleged breaches of that contract. This could lead to several mini-trials (within the main trial) regarding the various reasons why Mr. Webster missed other shows—none of which would be relevant here, and all of which would confuse and muddle the issues in this case. Such references may also cause jurors to unfairly infer that Mr. Webster has a pattern of missing performances that his fans pay to attend, which could stir up emotions for any juror who has attended a concert or other event where

///

///

the scheduled performer failed to show up or perform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 14, 2019, at Los Angeles, California.

_____
Matthew Cave