**HILL, FARRER & BURRILL LLP**
Stephen J. Tomasulo (Bar No. 181013)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
E-mail: stomasulo@hillfarrer.com

Attorneys for Plaintiff and Counterclaim Defendant PJAM LLC, and Counterclaim Defendants JEFFERSON AGAR, ALEX MARTINI and PATRICK JOHNSTON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>XX GLOBAL, INC., JACQUES WEBSTER, and DOES 1-20, inclusive,<br><br>  Defendants.<br><br>XX GLOBAL, INC. and JACQUES WEBSTER,<br><br>  Counterclaimants,<br><br>vs.<br><br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>  Counterclaim Defendants. | CASE NO. 2:18-cv-03192 JFW (MRWx)<br><br>Judge: John F. Walter<br><br>**PLAINTIFF/COUNTER-DEFENDANTS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW** |

Plaintiff/Counter-Defendant PJAM LLC ("Plaintiff" or "PJAM")[1], submits the following Memorandum of Contentions of Fact and Law pursuant to Local Rule 16-4.

## I. CLAIMS AND DEFENSES

### A. Claim 1: Defendants Breached Their Contract With PJAM

Elements

1. Formation of a contract.
2. Performance by plaintiff of any conditions precedent to his right to demand performance by the defendant;
3. Breach of the contract by defendant.
4. Damages

Key Evidence

Defendants entered into a written contract in which they agreed that Jacques Webster would travel to and perform at an entertainment venue in Minnesota in exchange for a fee. Plaintiffs paid $150,000 to Defendants (this is stipulated), made appropriate travel arrangements for Defendants (this is disputed) and complied with all other material terms of the contract. Defendants breached the contract by failing to show up and perform. Plaintiffs paid $150,000 to Defendants (this is stipulated), incurred additional costs in anticipation of his performance, and lost profits in an amount to be determined at trial.

Anticipated Evidentiary Issues

Defendants have filed two motions in limine. Other than as set forth in those motions, PJAM does not anticipate evidentiary issues.

---

[1] Defendants abandoned their claims against Counter-Defendants Jefferson Agar, Alex Martini, and Patrick Johnston.

Legal Issues

The parties' agreement is governed by Minnesota law, which should apply to substantive issues in this case.

### B. Counterclaim 1: Counter-Defendant Breached Its Contract With Counterclaimants

Elements

1. Formation of a contract.
2. Performance by plaintiff of any conditions precedent to his right to demand performance by the defendant;
3. Breach of the contract by defendant.
4. Damages

Key Evidence

This claim is based on the same contract at issue in Claim 1 discussed above. Defendants are no longer pursuing claims against the individual Counter-Defendants, Jefferson Agar, Alex Martini, and Patrick Johnston. Defendants materially breached the contract by Mr. Webster's failure to show up and perform as contemplated in the contract. This relieves PJAM of all obligations under the contract.

Anticipated Evidentiary Issues

Plaintiff objects to the admissibility of some of Defendants exhibits on the grounds stated in other joint filings filed concurrently herewith.

Legal Issues

The parties' agreement is governed by Minnesota law, which should apply to substantive issues in this case.

## II. BIFURCATION OF ISSUES

Plaintiff/Counter-Defendant does not request bifurcation of any issues at this time.

## III. JURY TRIAL

The claims and defenses asserted in this action are triable to a jury and a timely request for jury has been made.

## IV. ATTORNEYS' FEES

The Contract contains the following indemnity provision:

"Lender [Defendants] agrees to defend, indemnify and hold harmless Company [Plaintiff] . . . from and against any and all claims, liability, loss and damage, including reasonable outside attorneys' fees, arising out of the of or resulting from Lender or Artist's breach of any obligation or any warranty or representation set forth herein."

If Plaintiff prevails, it will be entitled to recover attorney's fees under this provision.

## V. ABANDONMENT OF ISSUES

Defendants/Counter-Claimants abandoned their counterclaims against Counter-Defendants Jefferson Agar, Alex Martini, and Patrick Johnston.

| | |
|---|---|
| DATED: March 14, 2019 | HILL, FARRER & BURRIL LLP |
| | By: /s/ Stephen J. Tomasulo |
| | STEPHEN J. TOMASULO |
| | Attorneys for Plaintiff and Counterclaim Defendant PJAM LLC, and Counterclaim Defendants JEFFERSON AGAR, ALEX MARTINI and PATRICK JOHNSTON |

HFB 2029753.2 P6550002

- 5 -

CV 18-3192-JFW (MRWX)

PLAINTIFF/COUNTER-DEFENDANTS' MEMO OF CONTENTIONS OF FACT & LAW

# PROOF OF SERVICE

I, MONICA MAKIYAMA declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, 300 South Grand Avenue, Los Angeles, California 90071-3147. On March 14, 2019, I served true copies of the following document(s) described below on the interested parties as follows:

**PLAINTIFF/COUNTER DEFENDANTS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by electronic mail: I transmitted a true copy of such document(s) described above, via electronic mail to: see attached service list below.

Matthew J. Cave, Esq.
KING, HOLMES, PATERNO & SORIANO, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067-4506
Telephone: (310) 282-8989; Facsimile: (310) 282-8903
E-mail: MCave@KHPSLAW.COM

I declare under penalty of perjury under the laws of the United States of America California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 14, 2019, at Los Angeles, California.

/s/ Monica Makiyama
MONICA MAKIYAMA