1  KING, HOLMES, PATERNO & SORIANO, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 077012
2  HKING@KHPSLAW.COM
   MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
3  MCAVE@KHPSLAW.COM
4  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
5  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
6
7  Attorneys for Defendants and Counterclaimants
   XX GLOBAL, INC. and JACQUES WEBSTER
8

9

10                UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 | PJAM LLC,                              | CASE NO.: 2:18-cv-03192 JFW (MRWx)
14 |         Plaintiff,                     |
15 |   vs.                                  | Hon. John F. Walter
16 | XX GLOBAL, INC., JAQUES                | **DECLARATION OF MATTHEW CAVE IN SUPPORT OF JOINT MOTION IN LIMINE NO. 1: MOTION OF DEFENDANTS AND COUNTERCLAIMANTS XX GLOBAL, INC. AND JACQUES WEBSTER TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT ALEX MARTINI**
   | WEBSTER, and DOES 1-20, inclusive,     |
17 |                                        |
18 |         Defendants.                    |
19 |                                        |
20 |                                        |
21 | XX GLOBAL, INC. and JACQUES WEBSTER,   | Hearing Date:   April 5, 2019
22 |                                        | Hearing Time:   10 a.m.
23 |         Counterclaimants,              | Pre-Trial Conf.: March 29, 2019
24 |   vs.                                  | Trial Date:     April 9, 2019
25 | PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive, | Action Commenced: March 20, 2018
26 |                                        |
27 |         Counterclaim Defendants.       |
28 |                                        |

3975.065/1418537.1

DECLARATION OF MATTHEW CAVE ISO JOINT MOTION IN LIMINE NO. 1

I, Matthew Cave, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate with King, Holmes, Paterno & Soriano, LLP, attorneys for Defendants and Counterclaimants XX Global, Inc. and Jacques Webster (together, "Defendants") in the above-entitled action. I submit this declaration in support of Joint Motion in Limine No. 1: Motion of Defendants and Counterclaimants XX Global, Inc. and Jacques Webster to Exclude the Testimony of Plaintiff's Expert Alex Martini. I have personal knowledge of the matters set forth below and would testify competently to them if asked.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Alex Martini, produced by Plaintiff in this action on February 5, 2019 (the "Initial Report").

3. After I met and conferred with Plaintiff's counsel, Stephen Tomasulo, regarding the insufficiency of Mr. Martini's Initial Report, Plaintiff agreed that Mr. Martini would promptly produce an amended expert report.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the amended Expert Report of Alex Martini, produced by Plaintiff in this action on February 19, 2019 (the "Amended Report").

5. My colleague and co-counsel, Howard King, took Mr. Martini's deposition in our offices on March 5, 2019. I attended the deposition. Attached hereto as **Exhibit 3** is a true and correct copy of the rough deposition transcript, which I received directly from the reporter at TSG Reporting. Defendants will

///
///
///
///
///
///

submit to the Court a final version of the deposition transcript as soon as it becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 14, 2019, at Los Angeles, California.

_____
Matthew Cave

King, Holmes,
Paterno &
Soriano, LLP

3975.065/1418537.1

3

DECLARATION OF MATTHEW CAVE ISO JOINT MOTION IN LIMINE NO. 1