KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
HKING@KHPSLAW.COM
MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
MCAVE@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER

[*ADDITIONAL COUNSEL ON SIGNATURE PAGE*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>Plaintiff,<br><br>vs.<br><br>XX GLOBAL, INC., JAQUES WEBSTER, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-03192 JFW (MRWx)<br><br>Hon. John F. Walter<br><br>**FINAL PRE-TRIAL EXHIBIT STIPULATION** |
| XX GLOBAL, INC., JACQUES WEBSTER,<br><br>Counterclaimants,<br><br>vs.<br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>Counterclaim Defendants. | Trial Date: April 16, 2019<br><br>Action Commenced: March 20, 2018 |

Pursuant to the Court's Civil Trial Order issued on April 1, 2019, Plaintiff and Counterclaim Defendant PJAM LLC ("PJAM"), and Defendants and Counterclaimants XX Global, Inc. and Jacques Webster (together, "Defendants"), respectfully submit the following Final Pre-Trial Exhibit Stipulation:

| **PLAINTIFF'S EXHIBITS** | | | | |
|---|---|---|---|---|
| **Case Name: PJAM LLC, et al. vs. XX GLOBAL, INC., et al.** | | | | |
| **Case Number: CV 2:18-03192 JFW (MRWx)** | | | | |
| **Exhibit No.** | **Description** | **Witness** | **If Objection, State Grounds** | **Response to Objection** |
| 1. | January 24, 2018 Agreement | Stipulated | | |
| 2. | Collection of Wells Fargo wire transfer records | Thomas Johnston, Alex Martini, Jefferson Agar | | |
| 3. | Trip Information and Confirmation Sheet | Jefferson Agar, Moshe Malamud, Brett Lockett | | |
| 4. | 8/28/2017 Agreement with Moxy Hotels | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 5. | 12/10/2017 Group Sales Agreement with Emerald Inn | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 6. | 2/5/2018 Emerald Inn sales receipt | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 7. | Beverage distributor price list | Alex Martini, Jefferson Agar, Patrick Johnston | | |

| PLAINTIFF'S EXHIBITS | | | | |
|---|---|---|---|---|
| Case Name: PJAM LLC, et al. vs. XX GLOBAL, INC., et al. | | | | |
| Case Number: CV 2:18-03192 JFW (MRWx) | | | | |
| **Exhibit No.** | **Description** | **Witness** | **If Objection, State Grounds** | **Response to Objection** |
| 8. | PJAM payroll journal | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 9. | Twin City Live budget | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 10. | Employee list | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 11. | Chase Bank statements | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 12. | PJAM transaction detail report | Alex Martini, Jefferson Agar, Patrick Johnston | | |
| 13. | Expert report of Alex Martini | Alex Martini | Excluded per Court's Order on April 9, 2019 | Agreed |
| 14. | Photograph: Myth Live, Maplewood, Minnesota | Alex Martini; Jefferson Agar; Patrick Johnston | | |

| DEFENDANTS' EXHIBITS | | | | |
|---|---|---|---|---|
| Case Name: PJAM LLC, et al. vs. XX GLOBAL, INC., et al. | | | | |
| Case Number: CV 2:18-03192 JFW (MRWx) | | | | |
| Exhibit No. | Description | Witness | If Objection, State Grounds | Response to Objection |
| 26. | 3/29/2019 email chain from Zach Seidman to Mattias Eng [SCOTT000004-5] | Zach Seidman / David Stromberg | | |
| 27. | 4/3/2018 email from Zach Seidman to David Stromberg [SCOTT000014-15] | David Stromberg | | |
| 28. | 4/3/2018 email from Zach Seidman to David Stromberg [SCOTT000018-19] | David Stromberg | | |
| 29. | 3/29/2018 email chain from David Stromberg to Bret Lockett with copy to Zach Seidman, Conah Howard, Jefferson Agar, Cara Lewis, Mark Gillespie, and Betsy Hendry [4pp.] | David Stromberg | | |
| 30. | 2/4/2018 email from Mattias Eng to Conah Howard, Zach Seidman, Jefferson Agar with copy to David Stromberg, Mark Gillespie, Laurie Soriano and Dominique at Team-Tristar [SCOTT000031] | David Stromberg / Jefferson Agar | | |
| 31. | 2/2/2018 TMZ Exclusive, "Travis Scott Working A Double Shift Super Bowl LII Weekend" downloaded from http://amp.tmz.com [SCOTT000032-35] | David Stromberg / Jefferson Agar | | |
| 32. | 2/3/2018 M2Jets Trip Information and Confirmation invoice prepared for Jefferson Agar in the amount of $41,805.22 [SCOTT000042] | David Stromberg / Jefferson Agar | | |

| **DEFENDANTS' EXHIBITS** | | | | |
|---|---|---|---|---|
| **Case Name: PJAM LLC. et al. vs. XX GLOBAL. INC.. et al.** | | | | |
| **Case Number: CV 2:18-03192 JFW (MRWx)** | | | | |
| **Exhibit No.** | **Description** | **Witness** | **If Objection. State Grounds** | **Response to Objection** |
| 33. | 1/25/2018 to 2/3/2018 Text Messages from David Stromberg to Jefferson Agar and Patrick Johnston [SCOTT000043-56] | David Stromberg / Jefferson Agar | | |
| 34. | Undated text messages from David Stromberg [SCOTT000028-30] | David Stromberg / Jefferson Agar | | |
| 35. | 1/24/2018 Agreement Re 2018 Super Bowl Concert/Appearance – Travis Scott [SCOTT000057-60] | David Stromberg / Alex Martini | | |
| 36. | 3/20/2018 Complaint in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [9pp.] | David Stromberg | | |
| 37. | 4/17/2018 Answer and Counterclaims of Defendants and Counterclaimants XX Global, Inc. and Jacques Webster in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [18pp.] | David Stromberg | | |
| 38. | 6/25/2018 Counterclaim Defendants Jefferson Agar, Patrick Johnson and Alex Martini's Answer to Counterclaims in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [9pp.] | Alex Martini | | |

| DEFENDANTS' EXHIBITS | | | | |
|---|---|---|---|---|
| Case Name: PJAM LLC, et al. vs. XX GLOBAL, INC., et al. | | | | |
| Case Number: CV 2:18-03192 JFW (MRWx) | | | | |
| Exhibit No. | Description | Witness | If Objection, State Grounds | Response to Objection |
| 39. | 5/15/2018 Summons and Complaint in a New York action entitled, PJAM Productions, LLC vs. M Light, LLC, d/b/a "Myth Live" and Michael Ogren. Index No. 652409/2018. [30pp.] | Alex Martini | | |
| 40. | 2/4/2018 weather report from NOAA: https://www.weather.gov/media/mpx/Climate/STC/feb2018.pdf [2pp.] | David Stromberg / Patrick Johnston | | |
| 41. | 3/5/2019 deposition transcript of Alex Martini [162pp.] | Alex Martini | | |
| 42. | 2/3/2018 M2JetsTrip Information and Confirmation provided by Plaintiff to Defendant at Mediation [2pp.] | Alex Martini / Patrick Johnston / David Stromberg | | |
| 43. | Undated timeline entitled, "A Workable Alternative: Departure From Minneapolis-St. Paul Downtown Airport" [1pg.] | | | |
| 44. | Undated timeline entitled, "Plaintiffs' Offered Itinerary: Departure From St. Cloud Regional Airport" [1pg.] | | | |
| 45. | Undated Illustrative/ Graphic Exhibit – To be Provided | | | |
| 46. | Undated Illustrative/ Graphic Exhibit – To be Provided | | | |

| DEFENDANTS' EXHIBITS | | | | |
|---|---|---|---|---|
| Case Name: PJAM LLC, et al. vs. XX GLOBAL, INC., et al. | | | | |
| Case Number: CV 2:18-03192 JFW (MRWx) | | | | |
| **Exhibit No.** | **Description** | **Witness** | **If Objection, State Grounds** | **Response to Objection** |
| 47. | Undated Illustrative/ Graphic Exhibit – To be Provided | | | |
| 48. | Undated Illustrative/ Graphic Exhibit – To be Provided | | | |
| 49. | 2/1/2018 email from Zach Seidman to David Stromberg with copies to Jefferson Agar, Betsy Hendry and Conah Howard attaching M2Jets Trip Information and Confirmation [2pp.] | David Stromberg / Jefferson Agar | | |
| 50. | 1/31/2018 email from Zach Seidman to David Stromberg with copies to Betsy Hendry, Jefferson Agar and Conah Howard [8pp.] | David Stromberg / Jefferson Agar | | |

DATED: April 9, 2019

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Howard E. King*

HOWARD E. KING
MATTHEW J. CAVE

Attorneys for Defendants and Counterclaimants XX GLOBAL, INC. and JACQUES WEBSTER

DATED: April 9, 2019

HILL, FARRER & BURRIL LLP

By: */s/ Stephen J. Tomasulo*
STEPHEN J. TOMASULO
Attorneys for Plaintiff and Counterclaim Defendant PJAM LLC