KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
HKING@KHPSLAW.COM
MATTHEW J. CAVE, ESQ., STATE BAR NO. 280704
MCAVE@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendants and Counterclaimants
XX GLOBAL, INC. and JACQUES WEBSTER

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>XX GLOBAL, INC., JAQUES WEBSTER, and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br><br>XX GLOBAL, INC., JACQUES WEBSTER,<br><br>　　　　Counterclaimants,<br><br>　　vs.<br><br>PJAM LLC, JEFFERSON AGAR, ALEX MARTINI, PATRICK JOHNSTON, and ROES 1 through 10, inclusive,<br><br>　　　　Counterclaim Defendants. | CASE NO. 2:18-cv-03192 JFW (MRWx)<br><br>Hon. John F. Walter<br><br>**DEFENDANTS AND COUNTERCLAIMANTS XX GLOBAL, INC. AND JACQUES WEBSTER'S NOTICE OF DESIGNATED DEPOSITION TESTIMONY OF ALEX MARTINI**<br><br>Trial Date:  April 16, 2019<br><br>Action Commenced:  March 20, 2018 |

///

///

3975.065/1428508.1
NOTICE OF DESIGNATED DEPOSITION TESTIMONY OF ALEX MARTINI

TO THE HONORABLE COURT:

Pursuant to this Court's Civil Trial Order issued on April 1, 2019, Plaintiff and Counterclaim Defendant PJAM LLC ("PJAM"), and Defendants and Counterclaimants XX Global, Inc. and Jacques Webster (together, "Defendants"), respectfully submit this list of designated deposition testimony of Alex Martini, which proceeding took place on March 5, 2019:

| DEFENDANTS' DESIGNATIONS | OBJECTIONS | RESPONSE TO OBJECTIONS |
|---|---|---|
| **57:25-58:18**<br>Q. Okay. And is it true that you knew that Travis could not go on that late on Saturday night?<br>A. Of course.<br>Q. Why is that?<br>A. Because we agreed of having him perform early so he could leave to go back to, I believe, Las Vegas.<br>Q. Did you understand he had to be in Las Vegas by 1:00 a.m. on, I guess it would be, September 4th?<br>MR. TOMASULO: Not September.<br>MR. KING: I'm sorry. February 4th.<br>THE WITNESS: I -- I understood, yes, of keeping in mind the time difference --<br>BY MR. KING:<br>Q. Right.<br>A. -- so, like, we understood that with a private jet he would be | None | |

| | | |
|---|---|---|
| 1 | able to be in -- in Vegas at the time that he needed to be. | |
| 2 | | |
| 3 | | |
| 4 | **60:5-9** | None |
| 5 | Q  Okay.  You understood that Travis Scott could only come to Minneapolis if he was assured he would be back in Las Vegas by 1:00 a.m., right? | |
| 6 | | |
| 7 | | |
| 8 | A.  Yeah, we -- we had discussion to that extent. | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | **74:3-9** | None |
| 13 | Q.  I mean, do you understand why Mr. Scott or his team would want to see a tail number before they drove to the airport? | |
| 14 | | |
| 15 | A.  Absolutely. | |
| 16 | Q.  Why is that? | |
| 17 | A.  They wanted to, I guess, you know, have confirmation that there's a jet waiting for them. | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | DATED:  April 9, 2019 | KING, HOLMES, PATERNO & SORIANO, LLP |
| 22 | | |
| 23 | | |
| 24 | | By:  /s/ Howard E. King |
| 25 | | HOWARD E. KING<br>MATTHEW J. CAVE |
| 26 | | Attorneys for Defendants and Counterclaimants XX GLOBAL, INC. and JACQUES WEBSTER |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED: April 9, 2019 | HILL, FARRER & BURRIL LLP |
| | By: */s/ Stephen J. Tomasulo*<br>    STEPHEN J. TOMASULO<br>Attorneys for Plaintiff and Counterclaim Defendant PJAM LLC |