UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | **CV 18-3192-JFW(MRWx)** | Date | April 16, 2019 |
|---|---|---|---|
| Title: | PJAM LLC -*v*- XX Global, Inc., et al. | | |

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| SHANNON REILLY | MIRANDA ALGORRI |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Stephen John Tomasulo<br>Clayton I. Hix | Matthew James Cave<br>Howard E. King |

X  Day 1 Jury Trial
X  The Jury is impaneled and sworn
X  Witnesses called, sworn and testified
X  Exhibits identified and admitted
X  Opening statements made
X  Plaintiff rests
X  Defense rests
X  Case continued to: April 17, 2019 at 7:45 a.m.
___  Other:

8 hours<br>Initials: sr