| LIST OF EXHIBITS AND WITNESSES | FILED<br>CLERK, U.S. DISTRICT COURT<br>April 17, 2019<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___SR___ DEPUTY |
|---|---|

| | |
|---|---|
| **Judge** | **JOHN F. WALTER** |
| **Case Number** | **CV 18-3192-JFW(MRWx)** |
| **Title** | PJAM LLC -v- XX Global, Inc., et al. |
| **Dates of Trial** | April 16, 2019, April 17, 2019 |
| **Court Reporter** | Miranda Algorri |
| **Deputy Clerk** | Shannon Reilly |

| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
|---|---|
| Howard E. King | Matthew James Cave |
| Stephen John Tomasulo | Clayton J. Hix |
| | |

| **WITNESS LIST / EXHIBIT LIST** |
|---|
| **April 16, 2019 - Called by Plaintiff** |
| Martini, Alex |
| Locket, Brett |
| Webster, Jacques |
| Agar, Jefferson |
| **April 16, 2019 - Called by Defendant** |
| Stromberg, David |
| |
| |

| **EXHIBIT LIST** |
|---|
| Attached |
| |
| |
| |

G-65

| No. | Exhibit Descrption | Identified | Admitted |
|---|---|---|---|
| 1. | January 24, 2018 Agreement | April 16, 2019 | April 16, 2019 |
| 2. | Collection of Wells Fargo wire transfer records | April 16, 2019 | April 16, 2019 |
| 3. | Trip Information and Confirmation Sheet | April 16, 2019 | April 16, 2019 |
| 4. | 8/28/2017 Agreement with Moxy Hotels | April 16, 2019 | April 16, 2019 |
| 5. | 12/10/2017 Group Sales Agreement with Emerald Inn | April 16, 2019 | April 16, 2019 |
| 6. | 2/5/2018 Emerald Inn sales receipt | April 16, 2019 | April 16, 2019 |
| 7. | Beverage distributor price list | April 16, 2019 | April 16, 2019 |
| 8. | PJAM payroll journal | April 16, 2019 | April 16, 2019 |
| 9. | Twin City Live budget | | |
| 10. | Employee list | | |
| 11. | Chase Bank statements | April 16, 2019 | April 16, 2019 |
| 12. | PJAM transaction detail report | | |
| 13. | Expert report of Alex Martini | | |
| 14. | Photograph: Myth Live, Maplewood, Minnesota | | |
| 26. | 3/29/2019 email chain from Zach Seidman to Mattias Eng [SCOTT000004-5] | April 16, 2019 | April 16, 2019 |
| 27. | 4/3/2018 email from Zach Seidman to David Stromberg [SCOTT000014-15] | April 16, 2019 | April 16, 2019 |
| 28. | 4/3/2018 email from Zach Seidman to David Stromberg [SCOTT000018-19] | April 16, 2019 | April 16, 2019 |
| 29. | 3/29/2018 email chain from David Stromberg to Bret Lockett with copy to Zach Seidman, Conah Howard, Jefferson Agar, Cara Lewis, Mark Gillespie, and Betsy Hendry [4pp.] | April 16, 2019 | April 16, 2019 |
| 30. | 2/4/2018 email from Mattias Eng to Conah Howard, Zach Seidman, Jefferson Agar with copy to David Stromberg, Mark Gillespie, Laurie Soriano and Dominique at Team-Tristar [SCOTT000031] | April 16, 2019 | April 16, 2019 |
| 31. | 2/2/2018 TMZ Exclusive, "Travis Scott Working A Double Shift Super Bowl LII Weekend" downloaded from http://amp.tmz.com [SCOTT000032-35] | April 16, 2019 | April 16, 2019 |
| 32. | 2/3/2018 M2Jets Trip Information and Confirmation invoice prepared for Jefferson Agar in the amount of $41,805.22 [SCOTT000042] | | |
| 33. | 1/25/2018 to 2/3/2018 Text Messages from David Stromberg to Jefferson Agar and Patrick Johnston [SCOTT000043-56] | | |
| 34. | Undated text messages from David Stromberg [SCOTT000028-30] | | |

| | | | |
|---|---|---|---|
| 35. | 1/24/2018 Agreement Re 2018 Super Bowl Concert/Appearance - Travis Scott [SCOTT000057-60] | | |
| 36. | 3/20/2018 Complaint in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [9pp.] | | |
| 37. | 4/17/2018 Answer and Counterclaims of Defendants and Counterclaimants XX Global, Inc. and Jacques Webster in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [18pp.] | | |
| 38. | 6/25/2018 Counterclaim Defendants Jefferson Agar, Patrick Johnson and Alex Martini's Answer to Counterclaims in an action entitled, PJAM LLC vs. XX Global, Inc., Jaques Webster, et al. [9pp.] | | |
| 39. | 5/15/2018 Summons and Complaint in a New York action entitled, PJAM Productions, LLC vs. M Light, LLC, d/b/a "Myth Live" and Michael Ogren. Index No. 652409/2018. [30pp.] | April 16, 2019 | April 16, 2019 |
| 40. | 2/4/2018 weather report from NOAA: https://www.weather.gov/media/mpx/Climate/STC/feb2 018.pdf [2pp.] | | |
| 41. | 3/5/2019 deposition transcript of Alex Martini [162pp.] | | |
| 42. | 2/3/2018 M2JetsTrip Information and Confirmation provided by Plaintiff to Defendant at Mediation [2pp.] | April 16, 2019 | April 16, 2019 |
| 43. | Undated timeline entitled, "A Workable Alternative: Departure From Minneapolis-St. Paul Downtown Airport" [1pg.] | April 16, 2019 | April 16, 2019 |
| 44. | Undated timeline entitled, "Plaintiffs' Offered Itinerary: Departure From St. Cloud Regional Airport" [1pg.] | April 16, 2019 | April 16, 2019 |
| 45. | Undated Illustrative/ Graphic Exhibit - To be Provided | | |
| 46. | Undated Illustrative/ Graphic Exhibit - To be Provided | | |
| 47. | Undated Illustrative/ Graphic Exhibit - To be Provided | | |
| 48. | Undated Illustrative/ Graphic Exhibit - To be Provided | | |
| 49. | 2/1/2018 email from Zach Seidman to David Stromberg with copies to Jefferson Agar, Betsy Hendry and Conah Howard attaching M2Jets Trip Information and Confirmation [2pp.] | April 16, 2019 | April 16, 2019 |
| 50. | 1/31/2018 email from Zach Seidman to David Stromberg with copies to Betsy Hendry, Jefferson Agar and Conah Howard [8pp.] | April 16, 2019 | April 16, 2019 |
| 51 | Video Clip from the deposition transcript of Alex Martini: 57:25-56:18 | April 16, 2019 | April 16, 2019 |
| 52 | Video Clip from the deposition transcript of Alex Martini: 60:5-9 | April 16, 2019 | April 16, 2019 |
| 53 | Video Clip from the deposition transcript of Alex Martini: 74:3-9 | April 16, 2019 | April 16, 2019 |