**HILL, FARRER & BURRILL LLP**
STEPHEN J. TOMASULO (Bar No. 181013)
CLAYTON J. HIX (Bar No. 236718)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
E-mail: stomasulo@hillfarrer.com
         chix@hillfarrer.com

Attorneys for Plaintiff PJAM LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PJAM LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>XX GLOBAL, INC., JACQUES WEBSTER<br><br>    Defendants. | CASE NO. 2:18-cv-03192 JFW (MRWx)<br><br>Judge: John F. Walter<br><br>**JUDGMENT AFTER JURY VERDICT**<br><br>(Verdict rendered April 17, 2019) |

This action came on regularly for trial on April 16, 2019, in Courtroom 7A of the United States District Court, the Honorable John F. Walter presiding. Plaintiff PJAM, LLC was represented by Stephen J. Tomasulo and Clayton J. Hix, and Defendants XX Global, Inc. and Jacques Webster were represented by Howard E. King and Matthew J. Cave. A jury of 8 persons was impaneled and sworn. After hearing the evidence and arguments of counsel, and after the jury was instructed by the Court, the claims were submitted to the jury with instructions to return a special verdict. The jury deliberated and on April 17, 2019 returned a unanimous verdict.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that by reason of special jury verdict, Plaintiff PJAM, LLC is entitled to Judgment against Defendants XX GLOBAL, INC. and JACQUES WEBSTER in the principal

amount of $382,932.79, plus prejudgment interest in the amount $41,229.63, for a total of $424,162.42, together with recoverable costs and attorneys' fees, to the extent recoverable under applicable law, and postjudgment interest at the legal rate.

DATED: April 30, 2019

_____
HON. JOHN F. WALTER
DISTRICT COURT JUDGE